FILED
CLERK
10/13/2015 4:55 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
AARON W. ABBATIELLO, and
ROBYN D. ABBATIELLO,

                    Plaintiffs,           JUDGMENT
                                          CV-15-4210 (SJF)(ARL)
    - against -

WELLS FARGO BANK, N.A., and
JOHN STUMPF, Chief Executive Officer,

                    Defendants.
----------------------------------------------------X
```

A Memorandum and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on October 8, 2015, dismissing plaintiffs' claims with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), directing the Clerk of Court to close this case, and denying *in forma pauperis status* for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiffs take nothing of defendants; that plaintiffs' claims are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       October 13, 2015

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                                    By:   /s/ Catherine Vukovich
                                          Deputy Clerk